1
2
3
4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

5
6

| ADAM DAVID MEEKS, | Case No. 18-cv-04131-JST (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| LT. BOULDEN, | |
| Defendant. | |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, complaining about his conditions of confinement at the Glenn County Adult Detention Facility. Accordingly, the acts complained of occurred in Glenn County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

In view of the transfer, the Court will not rule upon plaintiff's pending motions to proceed in forma pauperis (ECF Nos. 2, 6). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
JON S. TIGAR
United States District Judge