1
2
3
4
5
6
7
8                **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ADAM DAVID MEEKS,                    No. 2:18-CV-2118-TLN-CMK-P

12                Plaintiff,

13        vs.                              <u>ORDER</u>

14   BOULDEN,

15                Defendant.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.

19              Plaintiff has not filed a complete application to proceed in forma pauperis, along

20   with a certified copy of his trust account statement for the six-month period immediately

21   preceding the filing of the complaint, or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a),

22   1915(a), (a)(2).  Plaintiff will be provided the opportunity to submit either a completed

23   application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that

24   failure to resolve the fee status of this case within the time provided may result in the dismissal

25   of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local

26   Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee; and

2.      The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.


DATED:  August 14, 2018

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE